NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWER TRAIN COMPONENTS, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**THE TIMKEN COMPANY,**
*Defendant-Appellee.*

---

2013-1474

---

Appeal from the United States Court of International Trade in No. 11-CV-0153, Judge Gregory W. Carman.

---

**JUDGMENT**

---

ROBERT M. KLINGON, The Klingon Law Firm, of New York, New York, argued for plaintiff-appellant.

L. MISHA PREHEIM, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-

appellee.  With him on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and PATRICIA M. MCCARTHY, Assistant Director.  Of counsel on the brief was NATHANIEL J. HALVORSON, Attorney, United States Department of Commerce, Office of the Chief Counsel, for Trade Enforcement & Compliance, of Washington, DC.

WILLIAM A. FENNELL, Stewart & Stewart, of Washington, DC, argued for defendant-appellee.  With him on the brief were TERENCE P. STEWART and STEPHANIE R. MANAKER.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 13, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |